RECEIVED
JUL 15 2019
BY MAIL

FILED
JUL 15 2019
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Honorable Judge Perry,

My name is Wardell Polk Jr. My case number is; 4:17-cr-00225 CDP-1. By guilty plea, you sentenced me to 252 months, in August 2018, on the 14th. I'm writing to you because I need for you to appoint me an attorney. I want to file a 2255 motion for ineffective assistance of counsel, but I don't have a attorney, nor do I have the knowledge to file that motion on my own. I recently wrote the Federal Defenders Office asking for help, but I haven't received a response. I also recently just learned of the year time frame to file a post-conviction motion, so if it pleases the court, I would like to recieve new counsel so that I can try to meet that deadline of August 14, 2019. I appreciate any and all help in making sure justice worked for the government and the accused. Thank you for your time.

Respectfully Submitted,
Mr. Wardell Polk Jr.